QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Deepak Gupta (Bar No. 226991)
    deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant and Counterclaimant
Bernard D & G GbR

CARPENTER & KULAS LLP
John W. Carpenter (Bar No. 221708)
  john@carpenterkulas.com
Charles J. Kulas (Bar No. 157498)
  Charlie@carpenterkulas.com
1900 Embarcadero Road, Suite 109
Palo Alto, CA 94303
Telephone: (650) 842-0300
Facsimile: (650) 842-0304

Attorneys for Plaintiff and Counterclaim
Defendant Qarbon.com, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM INCORPORATED,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>BERNARD D & G COMPANY,<br><br>        Defendant and Counterclaimant. | Case No. C05-00921 (PJH)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Honorable Phyllis J. Hamilton** |

1   IT IS HEREBY STIPULATED by and between the parties herein, through their
2   respective counsel of record, as follows:
3       WHEREAS, the Initial Case Management Conference in this matter is currently
4   set for October 6, 2005 at 2:30 p.m.;
5       WHEREAS, the parties agree that they need further time to assess how to proceed
6   with this action;
7       WHEREAS, the parties continue to discuss the legal and factual issues in dispute
8   in this matter;
9       WHEREAS, the parties believe they may be able to resolve this matter without
10  the need for the Court's involvement;
11      WHEREAS, such a resolution would be in the interest of both parties as their
12  legal fees would be reduced;
13      WHEREAS, the parties have agreed that it would be in the best interest of the
14  parties to seek a continuance of the Initial Case Management Conference to December 1, 2005,
15  or to another date thereafter the Court's calendar permits;
16      ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status
17  conference in this matter be continued to December 1, 2005 at 2:30 p.m., or whatever date
18  thereafter the Court's calendar permits.  The parties shall file a Joint Case Management Statement
19  not less than seven calendar days before the date for which the conference is set.
20
21  By:    /s/ John W. Carpenter                By:   /s/ Deepak Gupta
22      CARPENTER & KULAS, LLP                  QUINN EMANUEL URQUHART
                                                OLIVER & HEDGES, LLP
23      Attorneys for Plaintiff and
        Counterclaim Defendant Qarbon.com,      Attorneys for Defendant and
24      Incorporated                            Counterclaimant
                                                Bernard D & G GbR
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**ORDER**</u>

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated  September 29 , 2005

_____
The Honorable Phyllis J. Hamilton
United States District Judge

**<u>ATTESTATION OF E-FILED SIGNATURE</u>**

I, Deepak Gupta, attest that signatory John Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE and consents to its filing in this action.

/s/ Deepak Gupta