QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
     claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Deepak Gupta (Bar No. 226991)
     deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant and Counterclaimant
Bernard D & G GbR

CARPENTER & KULAS LLP
John W. Carpenter (Bar No. 221708)
   john@carpenterkulas.com
Charles J. Kulas (Bar No. 157498)
   Charlie@carpenterkulas.com
1900 Embarcadero Road, Suite 109
Palo Alto, CA 94303
Telephone: (650) 842-0300
Facsimile: (650) 842-0304

Attorneys for Plaintiff and Counterclaim
Defendant Qarbon.com, Incorporated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM INCORPORATED,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BERNARD D & G COMPANY,<br><br>    Defendant and Counterclaimant. | Case No. C05-00921 (PJH)<br><br>**STIPULATION AND [**~~PROPOSED~~**]<br>ORDER CONTINUING INITIAL<br>CASE MANAGEMENT<br>CONFERENCE**<br><br>**Judge: Honorable Phyllis J. Hamilton** |

1  IT IS HEREBY STIPULATED by and between the parties herein, through their
2  respective counsel of record, as follows:
3  WHEREAS, the Initial Case Management Conference in this matter is currently
4  set for December 1, 2005 at 2:30 p.m.;
5  WHEREAS, the parties agree that they need further time to assess how to proceed
6  with this action;
7  WHEREAS, the parties continue to discuss the legal and factual issues in dispute
8  in this matter;
9  WHEREAS, the parties are optimistic that they will be able to resolve this matter
10 without the need for the Court's involvement;
11 WHEREAS, such a resolution would be in the interest of both parties as their
12 legal fees would be reduced;
13 WHEREAS, the parties have agreed that it would be in the best interest of the
14 parties to seek a continuance of the Initial Case Management Conference to February 9, 2005, or
15 to another date thereafter the Court's calendar permits;
16 ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status
17 conference in this matter be continued to February 9, 2005 at 2:30 p.m., or whatever date
18 thereafter the Court's calendar permits.  The parties shall file a Joint Case Management Statement
19 not less than seven calendar days before the date for which the conference is set.
20
21 By:   /s/ John W. Carpenter                    By:   /s/ Deepak Gupta
22 CARPENTER & KULAS, LLP                         QUINN EMANUEL URQUHART
                                                 OLIVER & HEDGES, LLP
23 Attorneys for Plaintiff and
   Counterclaim Defendant Qarbon.com,            Attorneys for Defendant and
24 Incorporated                                   Counterclaimant
                                                 Bernard D & G GbR
25
26
27
28

## ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated November 16, 2005

_____
The Honorable Phyllis J. Hamilton
United States District Judge

## ATTESTATION OF E-FILED SIGNATURE

I, Deepak Gupta, attest that signatory John Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE and consents to its filing in this action.

/s/ Deepak Gupta

STIP. AND PROPOSED ORDER CONTINUING INITIAL CMC
Case No. C 05-00921 PJH                          -3-                              50925/86083