QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Deepak Gupta (Bar No. 226991)
    deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant and Counterclaimant
Bernard D & G GbR

CARPENTER & KULAS LLP
  John W. Carpenter (Bar No. 221708)
    john@carpenterkulas.com
  Charles J. Kulas (Bar No. 157498)
    Charlie@carpenterkulas.com
1900 Embarcadero Road, Suite 109
Palo Alto, CA 94303
Telephone: (650) 842-0300
Facsimile: (650) 842-0304

Attorneys for Plaintiff and Counterclaim Defendant Qarbon.com, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM INCORPORATED,<br><br>            Plaintiff and Counterclaim Defendant,<br><br>       v.<br><br>BERNARD D & G COMPANY,<br><br>            Defendant and Counterclaimant. | Case No. C05-00921 (PJH)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Honorable Phyllis J. Hamilton** |

1     IT IS HEREBY STIPULATED by and between the parties herein, through their
2 respective counsel of record, as follows:
3     WHEREAS, the Initial Case Management Conference in this matter is currently
4 set for February 9, 2006 at 2:30 p.m.;
5     WHEREAS, the parties agree that they need further time to assess how to proceed
6 with this action;
7     WHEREAS, the parties continue to discuss the legal and factual issues in dispute
8 in this matter;
9     WHEREAS, the parties are hopeful that they will be able to resolve this matter
10 without the need for the Court's involvement;
11     WHEREAS, such a resolution would be in the interest of both parties as their
12 legal fees would be reduced;
13     WHEREAS, the parties have agreed that it would be in the best interest of the
14 parties to seek a continuance of the Initial Case Management Conference to March 16, 2006, or
15 to another date thereafter the Court's calendar permits;
16     ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status
17 conference in this matter be continued to March 16, 2006 at 2:30 p.m., or whatever date
18 thereafter the Court's calendar permits. The parties shall file a Joint Case Management Statement
19 not less than seven calendar days before the date for which the conference is set.

21 By:    /s/ John W. Carpenter               By:    /s/ Deepak Gupta

22 CARPENTER & KULAS, LLP                    QUINN EMANUEL URQUHART
                                                                OLIVER & HEDGES, LLP
23 Attorneys for Plaintiff and
Counterclaim Defendant Qarbon.com,         Attorneys for Defendant and
24 Incorporated                                         Counterclaimant
                                                                Bernard D & G GbR

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated  February 2 , 2006

_____
The Honorable
United States

*IT IS SO ORDERED*
[signature]
Judge Phyllis J. Hamilton

**ATTESTATION OF E-FILED SIGNATURE**

I, Deepak Gupta, attest that signatory John Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE and consents to its filing in this action.

/s/ Deepak Gupta