| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Claude M. Stern (Bar No. 96737)<br>    claudestern@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100<br><br>  Deepak Gupta (Bar No. 226991)<br>    deepakgupta@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br><br>Attorneys for Defendant and Counterclaimant<br>Bernard D & G GbR | CARPENTER & KULAS LLP<br>  John W. Carpenter (Bar No. 221708)<br>    john@carpenterkulas.com<br>  Charles J. Kulas (Bar No. 157498)<br>    Charlie@carpenterkulas.com<br>1900 Embarcadero Road, Suite 109<br>Palo Alto, CA 94303<br>Telephone: (650) 842-0300<br>Facsimile: (650) 842-0304<br><br>Attorneys for Plaintiff and Counterclaim Defendant Qarbon.com, Incorporated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM INCORPORATED,<br><br>            Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>BERNARD D & G COMPANY,<br><br>            Defendant and Counterclaimant. | Case No. C05-00921 (PJH)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Honorable Phyllis J. Hamilton** |

**DENIED**
*/s/ Judge Phyllis J. Hamilton*

1  IT IS HEREBY STIPULATED by and between the parties herein, through their
2  respective counsel of record, as follows:
3  WHEREAS, the Initial Case Management Conference in this matter is currently
4  set for March 16, 2006 at 2:30 p.m.;
5  WHEREAS, the parties agree that they need further time to assess how to proceed
6  with this action;
7  WHEREAS, the parties continue to discuss the legal and factual issues in dispute
8  in this matter;
9  WHEREAS, the parties are confident that they will be able to resolve this matter
10 through mutual agreement and without the need for the Court's involvement;
11 WHEREAS, such a resolution would be in the interest of both parties as their
12 legal fees would be reduced;
13 WHEREAS, the parties have agreed that it would be in the best interest of the
14 parties to seek a continuance of the Initial Case Management Conference to June 1, 2006, or to
15 another date thereafter the Court's calendar permits;
16 ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status
17 conference in this matter be continued to June 1, 2006 at 2:30 p.m., or whatever date thereafter
18 the Court's calendar permits. The parties shall file a Joint Case Management Statement not less
19 than seven calendar days before the date for which the conference is set.
20
21 By:   /s/ John W. Carpenter                          By:   /s/ Deepak Gupta
22     CARPENTER & KULAS, LLP                              QUINN EMANUEL URQUHART
                                                           OLIVER & HEDGES, LLP
23     Attorneys for Plaintiff and
       Counterclaim Defendant Qarbon.com,                  Attorneys for Defendant and
24     Incorporated                                        Counterclaimant
                                                           Bernard D & G GbR
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated  March 7 , 2006

_____
J. Hamilton
Judge

[DENIED — Judge Phyllis J. Hamilton]

**ATTESTATION OF E-FILED SIGNATURE**

I, John W. Carpenter, attest that signatory Deepak Gupta has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE and consents to its filing in this action.

   /s/ John W. Carpenter