| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Claude M. Stern (Bar No. 96737)<br>    claudestern@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>  Deepak Gupta (Bar No. 226991)<br>    deepakgupta@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendant and Counterclaimant<br>Bernard D & G GbR | CARPENTER & KULAS LLP<br>  John W. Carpenter (Bar No. 221708)<br>    john@carpenterkulas.com<br>  Charles J. Kulas (Bar No. 157498)<br>    Charlie@carpenterkulas.com<br>1900 Embarcadero Road, Suite 109<br>Palo Alto, CA 94303<br>Telephone: (650) 842-0300<br>Facsimile: (650) 842-0304<br><br>Attorneys for Plaintiff and Counterclaim Defendant Qarbon.com, Incorporated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM INCORPORATED,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>BERNARD D & G COMPANY,<br><br>        Defendant and Counterclaimant. | Case No. C05-00921 (PJH)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EXTENSION OF INITIAL CASE MANAGEMENT CONFERENCE DUE TO SCHEDULING CONFLICT**<br><br>**Judge: Honorable Phyllis J. Hamilton** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel of record, as follows:

WHEREAS, the Initial Case Management Conference in this matter is currently set for April 20, 2006 at 2:30 p.m.;

WHEREAS, due to a scheduling conflict, lead counsel for Defendant will be unavailable on April 20, 2006;

WHEREAS, lead counsel for Defendant was ill and thus could not appear at the previous Case Management Conference held on March 16, 2006, at which conference the Court set a new date of April 20, 2006 to permit the parties additional time for settlement;

WHEREAS, counsel for Defendant who did appear at the previous conference was unaware of lead counsel's scheduling conflict;

WHEREAS, to accommodate the schedule of lead counsel for Defendant, the parties agree to a one week continuation until April 27, 2006 or a continuation until May 11, 2006;

WHEREAS, in addition to resolving the aforementioned scheduling conflict, this extra time would increase the parties' chance of amicably resolving this matter, the parties having now reached verbal agreement as to all terms of a settlement and exchanged draft settlement agreements;

WHEREAS, if the Court denies this request, the parties request that the Court allow the Initial Case Management Conference to proceed on April 20, 2006, without lead counsel for defendant in attendance;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the status conference in this matter be continued until April 27, 2006 or May 11, 2006 at 2:30 p.m., or whatever date thereafter the Court's calendar permits.  The parties shall file a Joint Case Management Statement not less than seven calendar days before the date for which the conference is set.

| | | | |
|---|---|---|---|
| 1 | By: /s/ John W. Carpenter | By: | /s/ Deepak Gupta |
| 2 | CARPENTER & KULAS, LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | |
| 3 | Attorneys for Plaintiff and Counterclaim Defendant Qarbon.com, Incorporated | Attorneys for Defendant and Counterclaimant Bernard D & G GbR | |

## ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.   CASE MANAGEMENT CONFERENCE CONTINUED TO MAY 11, 2006.

Dated  April 10 , 2006      _____
The Hon. Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

## ATTESTATION OF E-FILED SIGNATURE

I, Deepak Gupta, attest that signatory John Carpenter has read and approved the JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF INITIAL CASE MANAGEMENT CONFERENCE DUE TO SCHEDULING CONFLICT and consents to its filing in this action.

/s/ Deepak Gupta