| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Claude M. Stern (Bar No. 96737)<br>    claudestern@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100<br><br>  Deepak Gupta (Bar No. 226991)<br>    deepakgupta@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br><br>Attorneys for Defendant and Counterclaimant<br>Bernard D & G Company | CARPENTER & KULAS LLP<br>  John W. Carpenter (Bar No. 221708)<br>    john@carpenterkulas.com<br>  Charles J. Kulas (Bar No. 157498)<br>    Charlie@carpenterkulas.com<br>1900 Embarcadero Road, Suite 109<br>Palo Alto, CA 94303<br>Telephone: (650) 842-0300<br>Facsimile: (650) 842-0304<br><br>Attorneys for Plaintiff and Counterclaim Defendant Qarbon.com, Incorporated |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM INCORPORATED,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>BERNARD D & G COMPANY,<br><br>        Defendant and Counterclaimant. | Case No. C05-00921 (PJH)<br><br>[~~PROPOSED~~] **ORDER DISMISSING THE CASE**<br><br>**Stipulation of Dismissal filed herewith**<br><br>**Judge: Honorable Phyllis J. Hamilton** |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. All claims in Qarbon.com Incorporated's Complaint ("Qarbon") against Bernard D & G Company ("Bernard D & G"), filed March 4, 2005, are hereby dismissed with prejudice;

2. All counterclaims in Bernard D & G's Answer and Counterclaims against Qarbon, filed August 15, 2005, are hereby dismissed with prejudice;

3. Qarbon and Bernard D & G shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims; and

4. Any rights Qarbon and/or Bernard D & G may have to appeal from any order entered in this action or from this dismissal are waived.

Dated: August 21, 2006

By:_____
The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

